NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

19-60

STATE OF LOUISIANA

VERSUS

DAVID JAVON ARCENEAUX
AKA DAVID ARCENEAUX

**********

ON REMAND

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 17-240
HONORABLE CURTIS SIGUR, DISTRICT JUDGE

**********

PER CURIAM

**********

Court composed of Elizabeth A. Pickett, D. Kent Savoie, and Candyce G. Perret, Judges.

REVERSED AND REMANDED.

Alfred F. Boustany, II
Boustany Law Firm
P. O. Box 4626
Lafayette, LA 70502
(337) 261-0225
COUNSEL FOR DEFENDANT-APPELLANT:
    David Javon Arceneaux

**M. Bofill Duhe**
**District Attorney, Sixteenth Judicial District**
**W. Claire Howington**
**Assistant District Attorney**
**300 Iberia St., Suite 200**
**New Iberia, LA 70560**
**(337) 369-4420**
**COUNSEL FOR APPELLEE:**
        **State of Louisiana**

**Jeffrey M. Landry**
**Attorney General**
**Colin Clark**
**Chief of the Criminal Appellate Section**
**J. Taylor Gray**
**Assistant Attorney General**
**P. O. Box 94005**
**Baton Rouge, LA 70804**
**(225) 326-6200**
**COUNSEL FOR OTHER APPELLEE:**
        **State of Louisiana Department of Justice**

**PER CURIAM.**

The defendant was found guilty of three counts of attempted manslaughter, one count of attempted armed robbery, and one count of distribution of marijuana by a non-unanimous jury verdict. This court affirmed his conviction on appeal. *State v. Arceneaux*, 19-60 (La.App. 3 Cir. 10/9/19)(unpublished opinion). The defendant filed a writ of certiorari in the Louisiana Supreme Court. While that application was pending, the United States Supreme Court issued an opinion finding non-unanimous jury verdicts violative of the Sixth Amendment to the United States Constitution, and that prohibition applies to the states by incorporation of the Fourteenth Amendment. *Ramos v. Louisiana*, 509 U.S. ___, 140 S.Ct. 1390 (2020). The Louisiana Supreme Court remanded the matter to this court to reconsider our opinion in light of *Ramos*. *State v. Arceneaux*, 20-125 (La. 6/3/20), ___ So.3d ___.

As a result of the clear holding in *Ramos*, we find the defendant's convictions must be reversed. The case is remanded to the district court for a new trial.

**REVERSED AND REMANDED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules−Courts of Appeal, Rule 2−16.3.